IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

COLORADO PROPERTY OWNERS FOR PROPERTY
RIGHTS, a Colorado Nonprofit Corporation,

    Plaintiff(s),

v.

TOWN OF BRECKENRIDGE, COLORADO,
A Home Rule Municipal Corporation.

    Defendant(s).

_____

**PETITION OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(a)**
_____

Defendant, Town of Breckenridge, Colorado, ("Defendant,") through its undersigned counsel, Josh A. Marks and Geoffrey C. Klingsporn of Berg Hill Greenleaf Ruscitti LLP, and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446, and D.C.COLO.LCivR 81.1, submit this Petition of Removal as follows:

    1.    Plaintiff Colorado Property Owners for Property Rights ("Plaintiff") initiated this litigation by filing a complaint in the Summit County, Colorado District Court ("State District Court") on October 31, 2023 (the "State Court Action"). Plaintiff served the Defendant on November 1, 2023. Consequently, upon the filing of Defendant's Unopposed Motion for Extension of Time to Respond to the Plaintiff's Complaint on November 21, 2023 and this Court's subsequent order of November 21, 2023, this petition of removal, having been filed before December 13, 2023, is timely. 28 U.S.C. §

1446(b).  Attached are copies of the October 31, 2023 Complaint, Civil Cover Sheet, and Summons (**Exhibits A-1 to A-3**), November 1, 2023 Delay Reduction and E-Filing Order (**Exhibit B**), November 1, 2023 Order for Discovery Protocol (**Exhibit C**), November 1, 2023 Order re Rule 21 Duty to Confer (**Exhibit D**), November 1, 2023 Affidavit of Service - Served November 1, 2023 (**Exhibit E**), November 2, 2023 Order of Recusal and Request for Reassignment (**Exhibit F**), November 17, 2023 Order Assigning Judge after Recusal (**Exhibit G**), November 21, 2023 Unopposed Motion for Extension of Time to Respond to the Plaintiff's Complaint (**Exhibit H**), and Order Granting Defendant's Unopposed Motion for Extension of Time to Respond to the Plaintiff's Complaint (**Exhibit I**).

2. The Complaint asserts five claims for relief against the Defendant arising out of the Defendant's 2021 and 2022 legislation (hereinafter "Ordinances") enacting and refining short term rental regulations and its licensing scheme.  The Fourth Claim for Relief under the Complaint asserts that Defendants' 2021 and 2022 Ordinances violate the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution.  Exh. A-1 at ¶¶ 141-155.  Similarly, the Fifth Claim for Relief under the Complaint alleges that the Ordinances violate the Dormant Commerce Clause of the United States Constitution contained In Article I, Section 8.  *Id.,* at ¶¶ 156-165. Both claims appear to seek declaratory judgment and permanent injunctive relief under the Complaint's prayer for relief.   While not denominated as a claim under 42 U.S.C. § 1983, this claim triggers this Court's original jurisdiction under 28 U.S.C. §§ 1331 and 1343(3) because the resolution of these claims requires resolution of questions of

federal constitutional rights under the Equal Protection Clause and the Commerce Clause. As a result, removal of this action from state court under 28 U.S.C. § 1441(a) is appropriate. *City of Chicago v. International College of Surgeons*, 522 U.S. 156, 163-164 (1997) ("*City of Chicago*") (state judicial review claims that raised Due Process and Equal Protection Clause challenges to land use decisions created federal questions that were removable to federal court).

3. Moreover, Plaintiff's state law based claims must follow the federal claims to federal court in the removal process as the entire action is subject to removal. *See* 28 U.S.C. § 1441(c). As this matter proceeds, this Court may exercise supplemental jurisdiction under 28 U.S.C.§ 1367(a), over Plaintiff's three remaining state law claims for declaratory judgment (**Exh. A-1**, ¶¶ 88-139), *City of Chicago, supra.* 522 U.S. at 165-171.

4. Pursuant to 28 U.S.C. § 1446(d), the Defendant is filing a copy of this Petition of Removal with the Clerk for State District Court, and written notice of this filing has been given to all adverse parties to this action. A copy of the notice to all parties (without its attachments) is included herewith as **Exhibit J**.

5. Similarly, pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, papers or exhibits filed in the State District Court are provided with this Petition of Removal. To date, the following pleadings have been filed in the State Court Action:

| | |
|---|---|
| October 31, 2023 | Complaint, Civil Case Cover Sheet, and Summonses |
| November 1, 2023 | Delay Reduction and E-Filing Order |
| November 1, 2023 | Order for Discovery Protocol |
| November 1, 2023 | Order re Rule 21 Duty to Confer |
| November 1, 2023 | Affidavit of Service - Served November 1, 2023 |
| November 2, 2023 | Order of Recusal and Request for Reassignment |
| November 17, 2023 | Order Assigning Judge After Recusal |
| November 21, 2023 | Unopposed Motion for Extension of Time to Respond to the Plaintiff's Complaint |
| November 21,2023 | Order Granting Defendant's Unopposed Motion for Extension of Time to Respond to the Plaintiff's Complaint |

6.  Per D.C.COLO.LCivR 81.1(B), the Defendant will file a copy of the current docket sheet in the State Court Action with this Court within fourteen days of the filing of this Petition of Removal. There are no pending motions, petitions, responses, replies, or briefs in the State Court Action. There are no hearings presently scheduled in the State Court Actions.

WHEREFORE, the Defendant respectfully requests that this Court accept this Petition of Removal pursuant to 28 U.S.C. § 1441(a) and assign this action for all further proceedings to a United States District Court Judge in the District of Colorado.

Respectfully submitted this 30th day of November, 2023.

                         BERG HILL GREENLEAF RUSCITTI LLP

                         *s/ Josh A. Marks*
                         _____
                         Josh A. Marks
                         Geoffrey C. Klingsporn
                         1712 Pearl Street
                         Boulder, CO  80302
                         Phone:  (303) 402-1600
                         Fax:  (303) 402-1601
                         Email:  jam@bhgrlaw.com
                                  geoffrey.klingsporn@bhgrlaw.com

                         *Attorneys for Defendant*
                         *Town of Breckenridge, Colorado*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of November, 2023, I electronically filed the foregoing **PETITION OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(a)** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

| | |
|---|---|
| Ryan P. Horace | Timothy J. Knapp |
| Jordan C. May | Knapp & Associates, P.C. |
| Frascona Joiner Goodman | 11747 W. 54th Pl. |
|     & Greenstein PC | Arvada, CO 80002 |
| 4750 Table Mesa Drive | |
| Boulder, CO 80305 | |

 

*s/ Cheryl Stasiak*
_____
Cheryl Stasiak