| | |
|---|---|
| DISTRICT COURT, COUNTY OF SUMMIT<br>STATE OF COLORADO<br>501 N. Park Ave.<br>Breckenridge, CO 80424<br>(970) 453-2272<br><br>**Plaintiff:**<br>    **Colorado Property Owners for Property Rights,** a Colorado Nonprofit Corporation,<br>**v.**<br><br>**Defendant:**<br>     **Town of Breckenridge, Colorado,** a home rule municipal corporation.<br><br>*Attorney for Plaintiffs:*<br><br>Timothy J. Knapp, Atty Reg. No. 18867<br>Knapp & Associates, LLC<br>11747 W. 54th Pl.<br>Arvada, CO 80002<br>Office Number: 720-333-2222<br>E-mail: tjknapp10@gmail.com<br><br>Jordan C. May, Atty Reg. No. 38734<br>Ryan P. Horace, Atty. Reg. No. 53091<br>Frascona, Joiner, Goodman and Greenstein, P.C.<br>4750 Table Mesa Drive<br>Boulder, CO  80305-5541<br>Phone Number:  303-494-3000<br>Fax #:  303-494-6309<br>E-mail: jordan@frascona.com; ryan@frascona.com | DATE FILED: October 31, 2023 4:09 PM<br>FILING ID: 3CA171FD8AE2E<br>CASE NUMBER: 2023CV30135<br><br><br><br>☐ COURT USE ONLY ☐<br><br><br>Case Number:<br><br><br>Div.  Ctrm: |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT,<br>COUNTERCLAIM, CROSSCLAIM OR THIRD-PARTY COMPLAINT<br>AND JURY DEMAND** | |

1.  This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in

**EXHIBIT A-2**

Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

☐ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

> By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

**Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

Respectfully submitted,

FRASCONA, JOINER, GOODMAN AND GREENSTEIN, P.C.

*/s/ Jordan C. May*
Jordan C. May, #38734
Ryan P. Horace, #53091
4750 Table Mesa Drive
Boulder, CO  80305-5541
(303) 494-3000
*Attorneys for Plaintiff*

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

**EXHIBIT A-2**