| | |
|---|---|
| District Court, County Of Summit<br>501 N Park Ave, Breckenridge CO 80424 | ▲ COURT USE ONLY ▲<br><br>DATE FILED: November 1, 2023 4:15 PM<br>FILING ID: EE1416895BC7B<br>CASE NUMBER: 2023CV30135 |
| Plaintiff(s) / Petitioner(s): **Colorado Property Owners For Property Rights**<br><br>v.<br><br>Defendant(s) / Respondent(s): **Town Of Breckenridge, Colorado, A Home Rule Municipal Corporation** | Case No.: 2023CV30135 |
| **AFFIDAVIT OF SERVICE** | |

I, Gregory Olinger, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Town of Breckenridge, Colorado in Summit County, CO on November 1, 2023 at 3:14 pm at 150 Ski Hill Rd, Breckenridge, CO 80424 by leaving the following documents with Helen Cospolich who as Municipal Clerk is authorized by appointment or by law to receive service of process for Town of Breckenridge, Colorado.

Complaint
Civil Cover Sheet
Summons


White Female, est. age 55, glasses: N, Brown hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.4824648,-106.0480823
Photograph: See Exhibit 1


I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Summit County, CO on 11/1/2023.

/s/ *Gregory Olinger*
Signature
Gregory Olinger
+1 (720) 435-1682



**EXHIBIT E**