| | |
|---|---|
| DISTRICT COURT, SUMMIT COUNTY, COLORADO<br>501 N Park Ave<br>Breckenridge, CO 80424 | DATE FILED: November 2, 2023 11:16 AM<br>CASE NUMBER: 2023CV30135 |
| Plaintiff: COLORADO PROPERTY OWNERS FOR PROPERTY RIGHTS,<br><br>v.<br><br>Defendants: TOWN OF BRECKENRIDGE | ▲ COURT USE ONLY ▲<br><br>Case Number:<br>2023CV30135<br><br>Div. O |
| **NOTICE OF RECUSAL AND REQUEST FOR ORDER OF REASSIGNMENT** | |

THIS MATTER is brought to the attention of the Court and considering the issue of recusal the Court proceeds on its own motion. The undersigned hereby recuses himself from this action as his spouse is presently serving on the Breckenridge Town Council. Therefore, it may be improper, or have the appearance of impropriety, to determine contested issues as a judicial officer in this matter.

The undersigned requests that the matter be reassigned by the Chief Judge of the Judicial District pursuant to C.R.C.P. Rule 97.

SO ORDERED THIS November 2, 2023.

BY THE COURT:

Reed Owens
District Court Judge

**EXHIBIT F**