| | |
|---|---|
| DISTRICT COURT, SUMMIT COUNTY, COLORADO<br>501 N. Park Avenue<br>Breckenridge, CO 80424 | DATE FILED: November 17, 2023 4:57 PM<br>CASE NUMBER: 2023CV30135 |
| **Plaintiff**: COLORADO PROPERTY OWNERS FOR PROPERTY RIGHTS,<br><br>v.<br><br>**Defendant**: TOWN OF BRECKENRIDGE | ▲ **COURT USE ONLY** ▲<br><br>Case No.: 2023CV30135<br><br>Division: O |
| **ORDER ASSIGNING JUDGE AFTER RECUSAL** | |

Judge Karen Romeo is hereby assigned to hear all matters pertaining to the above case due to the recusal of Judge Owens.

SO ORDERED this 2nd day of November, 2023.

BY THE COURT

Judge Paul Dunkelman
Chief Judge, Fifth Judicial District

**EXHIBIT G**