| | |
|---|---|
| DISTRICT COURT, COUNTY OF SUMMIT<br>STATE OF COLORADO<br>501 N. Park Avenue<br>Breckenridge, CO 80424<br>(970) 453-2272 | DATE FILED: November 21, 2023 11:23 AM<br>FILING ID: F911E447F385F<br>CASE NUMBER: 2023CV30135 |
| **Plaintiff(s):** Colorado Property Owners for Property Rights, a Colorado Nonprofit Corporation,<br><br>v.<br><br>**Defendant(s):** Town of Breckenridge, Colorado, a home rule municipal corporation | ▲COURT USE ONLY▲ |
| Josh A. Marks, Atty. Reg. # 16953<br>Geoffrey C. Klingsporn, Atty. Reg. #38997<br>BERG HILL GREENLEAF RUSCITTI LLP<br>1712 Pearl Street<br>Boulder, CO  80302<br>Tel:     (303) 402-1600<br>Fax:    (303) 402-1601<br>jam@bhgrlaw.com<br>geoffrey.klingsporn@bhgrlaw.com | Case Number: 2023CV030135<br><br>Div.:    O        Ctrm.: |
| **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** | |

Defendant, Town of Breckenridge (the "Town,") through its undersigned counsel, Josh A. Marks and Geoffrey C. Klingsporn of BERG HILL GREENLEAF RUSCITTI LLP, and pursuant to C.R.C.P. 6(b) and 121, §1-15, respectfully seeks a 21-day extension of time up to and including December 13, 2023 to respond to Plaintiff's Complaint (the "Complaint,") and states as follows:[1]

---

[1] **Certificate of Conferral**: As required by C.R.C.P. 121, §1-15, ¶8, undersigned counsel conferred with Plaintiff's counsel, Jordan C. May, who indicated that his client **does not oppose** the requested extension of time.

**EXHIBIT H**

1. Plaintiff formally served its Complaint on November 1, 2023, making the Town's Response to the Complaint due on or before November 22, 2023.

2. The undersigned counsel was recently retained to defend this matter for the Town. However, the undersigned's pre-existing commitments and deadlines in other cases has interfered with his ability to conduct the required due diligence as to the facts and the law necessary to strategize with his client on responding to the Complaint. The press of these other cases includes a multi-day preliminary injunction hearing in the United States District Court of Colorado, oral argument in the Tenth Circuit Court of Appeals and multiple pre-trial motion briefs for a trial currently set in the District Court for Boulder County on December 4, 2023.

3. This extension of time will not prejudice the Plaintiff, particularly given that this Motion is unopposed.

4. Pursuant to C.R.C.P. 121 § 1-11, a copy of this Motion has been served upon the undersigned's client through the Town Attorneys, as indicated on the certificate of mailing attached.

WHEREFORE, the Town respectfully requests that the Court grant it an extension of time up to and including December 13, 2023, to file an answer or other response to Plaintiff's Complaint. As required by the Colorado Rules of Civil Procedure, a proposed order granting this Motion is filed herewith.

**EXHIBIT H**

Respectfully submitted this 21st day of November, 2023.

                                                                      BERG HILL GREENLEAF RUSCITTI LLP

*[Pursuant to Rule 121, the signed original is on file at Berg Hill Greenleaf Ruscitti LLP]*

*s/ Josh A. Marks*

Josh A. Marks
Geoffrey C. Klingsporn

*Attorneys for Defendant*

**EXHIBIT H**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2023, a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was served electronically via ICCES and/or by depositing same in the U.S. Mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Ryan P. Horace | Timothy J. Knapp |
| Jordan C. May | Knapp & Associates, P.C. |
| Frascona Joiner Goodman | 11747 W. 54th Pl. |
|    & Greenstein PC | Arvada, CO 80002 |
| 4750 Table Mesa Drive | |
| Boulder, CO 80305 | |

*[Pursuant to Rule 121, the signed original is on file at Berg Hill Greenleaf Ruscitti LLP]*

*s/ Cheryl Stasiak*

Cheryl Stasiak

**EXHIBIT H**

| | |
|---|---|
| DISTRICT COURT, COUNTY OF SUMMIT<br>STATE OF COLORADO<br>501 N. Park Avenue<br>Breckenridge, CO 80424<br>(970) 453-2272 | DATE FILED: November 21, 2023 11:23 AM<br>FILING ID: F911E447F385F<br>CASE NUMBER: 2023CV30135 |
| **Plaintiff(s):**  Colorado Property Owners for Property Rights, a Colorado Nonprofit Corporation,<br><br>v.<br><br>**Defendant(s):**  Town of Breckenridge, Colorado, a home rule municipal corporation | ▲COURT USE ONLY▲ |
| | Case Number: 2023CV030135<br><br>Div.:   O      Ctrm.: |
| **PROPOSED ORDER RE DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** | |

This matter comes before the Court on Defendant Town of Breckenridge's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (the "**Motion**").  The Court, having reviewed the Motion, any related pleadings, and being fully advised in the matter, enters the following order:

The Motion is HEREBY GRANTED.  The Town of Breckenridge is granted up to and including December 13, 2023 to file its response to Plaintiff's Complaint.

Dated this _____ day of _____, 2023.

BY THE COURT:

_____
REED W. OWENS
District Court Judge

**EXHIBIT H**