| | |
|---|---|
| DISTRICT COURT, COUNTY OF SUMMIT<br>STATE OF COLORADO<br>501 N. Park Avenue<br>Breckenridge, CO 80424<br>(970) 453-2272 | |
| **Plaintiff(s):** Colorado Property Owners for Property Rights, a Colorado Nonprofit Corporation,<br><br>v.<br><br>**Defendant(s):** Town of Breckenridge, Colorado, a home rule municipal corporation | ▲COURT USE ONLY▲ |
| Josh A. Marks, Atty. Reg. # 16953<br>Geoffrey C. Klingsporn, Atty. Reg. #38997<br>BERG HILL GREENLEAF RUSCITTI LLP<br>1712 Pearl Street<br>Boulder, CO  80302<br>Tel:     (303) 402-1600<br>Fax:    (303) 402-1601<br>jam@bhgrlaw.com<br>geoffrey.klingsporn@bhgrlaw.com | Case Number: 2023CV030135<br><br>Div.:    O        Ctrm.: |
| **NOTICE OF FILING PETITION FOR REMOVAL** ||

Defendant, Town of Breckenridge (the "Town,") through its undersigned counsel, Josh A. Marks and Geoffrey C. Klingsporn of BERG HILL GREENLEAF RUSCITTI LLP, and pursuant to 28 U.S.C. § 1446, notifies this Court of its removal of this action to the United States District Court for the District of Colorado as follows:

1.     As more fully set forth in the attached Petition of Removal of Action Pursuant to 28 U.S.C. § 1441(a) ("Petition"), and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, the Defendant has removed this action to the United States District Court for the District of Colorado pursuant to that court's federal question jurisdiction because Plaintiff Colorado Property Owners

**EXHIBIT J**

for Property Rights brings claims pursuant to the Constitution of the United States and the remaining state law claims arise out of the same facts as its federal law claims. [*See generally*, **Exhibit A, with Attachments**.]

    2.    Pursuant to 28 U.S.C. § 1446(d), upon filing a copy of the attached Petition with the Clerk of this Court, removal of this action is effectuated to the United States District Court for the District of Colorado and this Court shall proceed no further unless and until the case is remanded.

Respectfully submitted this 30th day of November, 2023.

BERG HILL GREENLEAF RUSCITTI LLP

*[Pursuant to Rule 121, the signed original is on file at Berg Hill Greenleaf Ruscitti LLP]*

s/ *Josh A. Marks*

Josh A. Marks
Geoffrey C. Klingsporn

*Attorneys for Defendant*
*Town of Breckenridge, Colorado*

**EXHIBIT J**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2023, a true and correct copy of the foregoing **NOTICE OF FILING PETITION FOR REMOVAL** was served electronically via CES and/or by depositing same in the U.S. Mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Ryan P. Horace | Timothy J. Knapp |
| Jordan C. May | Knapp & Associates, P.C. |
| Frascona Joiner Goodman | 11747 W. 54th Pl. |
|    & Greenstein PC | Arvada, CO 80002 |
| 4750 Table Mesa Drive | |
| Boulder, CO 80305 | |

*[Pursuant to Rule 121, the signed original is on file at Berg Hill Greenleaf Ruscitti LLP]*

*s/ Cheryl Stasiak*

Cheryl Stasiak

**EXHIBIT J**