IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

COLORADO PROPERTY OWNERS FOR PROPERTY
RIGHTS, a Colorado Nonprofit Corporation,

     Plaintiff(s),

v.

TOWN OF BRECKENRIDGE, COLORADO,
A Home Rule Municipal Corporation.

     Defendant(s).

_____

**NOTICE OF COMPLIANCE WITH D.C.COLO.LCivR 81.1 (B)**
_____

     Defendant, Town of Breckenridge, Colorado ("Defendant,") through its undersigned counsel, Josh A. Marks and Geoffrey C. Klingsporn of Berg Hill Greenleaf Ruscitti LLP, submits the attached current state court docket sheet in compliance with D.C.COLO.LCivR 81.1(B) as follows:

     1.     Plaintiff Colorado Property Owners for Property Rights, ("Plaintiff") initiated this litigation by filing a complaint in the Summit County, Colorado District Court ("State District Court") on October 31, 2023, designated as Civil Action No. 2023CV30135 (the "State Court Action")

     2.     On November 30, 2023, Defendant removed the State Court Action to this Court. [#1.]

3.  In compliance with D.C.COLO.LCivR 81.1(B), a current docket sheet for the State Court Action is attached hereto as **Exhibit A**.  This docket sheet is current as of the date of the Defendant's filing of this notice.  The Defendant notes that since the removal of the State Court Action to this Court, no additional filings and/or pleadings have been entered in that matter, and there are no hearings currently scheduled before the State District Court.  The current deadline to answer or otherwise respond to the Complaint is December 13, 2023.

Respectfully submitted this 30th day of November, 2023.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ Josh A. Marks*

_____
Josh A. Marks
Geoffrey C. Klingsporn
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  jam@bhgrlaw.com
            geoffrey.klingsporn@bhgrlaw.com

*Attorneys for Defendant*
*Town of Breckenridge, Colorado*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2023, I electronically filed the foregoing **NOTICE OF COMPLIANCE WITH D.C.COLO.LCivR 81.1 (B) [FEDERAL]** with the Clerk of the Court using the CM/ECF system. Counsel will be sent notification via electronic mail, to the following e-mail addresses:

| | |
|---|---|
| Ryan P. Horace | Timothy J. Knapp |
| Jordan C. May | Knapp & Associates, P.C. |
| Frascona Joiner Goodman | 11747 W. 54th Pl. |
|    & Greenstein PC | Arvada, CO 80002 |
| 4750 Table Mesa Drive | |
| Boulder, CO 80305 | |

*s/ Cheryl Stasiak*
_____
Cheryl Stasiak