## Register of Actions

| | |
|---|---|
| 🟧 Filed by Plaintiff/Petitioner | |
| 🟩 Filed by Defendant/Respondent | |
| 🟨 Filed by Court | |

**Case Number:** 2023CV030135  
**Case Type:** Other  
**Case Caption:** Colorado Property Owners For Property v. Town Of Breckenridge Colorado  
**Division:** R  
**Judicial Officer:** Karen Ann Romeo  
**Court Location:** Summit County

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 11/21/2023 5:17 PM | Karen Ann Romeo | Summit County | N/A | Order (Related Document) | Order: Proposed Order re Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint- Granted | Public |
| F911E447F385F | 11/21/2023 11:23 AM | Geoffrey Charles Klingsporn, Josh Adam Marks | Berg Hill Greenleaf and Ruscitti LLP | Town of Breckenridge Colorado | Motion | Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint | Public |
| | | | | | Proposed Order (Related Document) | Proposed Order re Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint | Public |
| N/A (Details) | 11/17/2023 4:57 PM | Paul R Dunkelman | Summit County | N/A | Order | Order Assigning Judge After Recusal | Public |
| N/A (Details) | 11/02/2023 11:16 AM | Reed W Owens | Summit County | N/A | Order | Order of Recusal and Request for Reassignment | Public |
| EE1416895BC7B | 11/01/2023 4:15 PM | Jordan Christopher May | Frascona, Joiner, Goodman and Greenstein, P.C. | Colorado Property Owners For Property | Return of Service | Return of Service - served 11.1.23 | Public |
| N/A (Details) | 11/01/2023 3:54 PM | Reed W Owens | Summit County | N/A | Order | Order re Rule 121 Duty to Confer | Public |
| N/A (Details) | 11/01/2023 3:53 PM | Reed W Owens | Summit County | N/A | Order | Order for Discovery Protocol | Public |
| N/A (Details) | 11/01/2023 3:52 PM | Reed W Owens | Summit County | N/A | Order | Delay Reduction and E-Filing Order | Public |
| 3CA171FD8AE2E | 10/31/2023 4:09 PM | Jordan Christopher May | Frascona, Joiner, Goodman and Greenstein, P.C. | Colorado Property Owners For Property | Complaint | Complaint | Public |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet - 16.1 | Public |
| | | | | | Summons | Summons | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Colorado Property Owners For Property | Plaintiff | Active | JORDAN CHRISTOPHER MAY (Frascona, Joiner, Goodman and Greenstein, P.C.)<br>RYAN PRESCOTT HORACE (Frascona, Joiner, Goodman and Greenstein, P.C.) |
| Town of Breckenridge Colorado | Defendant | Active | GEOFFREY CHARLES KLINGSPORN (Berg Hill Greenleaf and Ruscitti LLP)<br>JOSH ADAM MARKS (Berg Hill Greenleaf and Ruscitti LLP) |

**EXHIBIT A**