| | |
|---|---|
| DISTRICT COURT, COUNTY OF SUMMIT<br>STATE OF COLORADO<br>501 N. Park Avenue<br>Breckenridge, CO 80424<br>(970) 453-2272 | DATE FILED: November 21, 2023 5:17 PM<br>CASE NUMBER: 2023CV30135<br><br>**GRANTED BY COURT**<br>**11/21/2023**<br><br>*Karen Ann Romeo*<br>KAREN ANN ROMEO<br>District Court Judge |
| **Plaintiff(s):** Colorado Property Owners for Property Rights, a Colorado Nonprofit Corporation,<br><br>v.<br><br>**Defendant(s):** Town of Breckenridge, Colorado, a home rule municipal corporation | ▲COURT USE ONLY▲ |
| | Case Number: 2023CV030135<br><br>Div.:   O      Ctrm.: |
| **PROPOSED ORDER RE DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** | |

This matter comes before the Court on Defendant Town of Breckenridge's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (the "**Motion**"). The Court, having reviewed the Motion, any related pleadings, and being fully advised in the matter, enters the following order:

The Motion is HEREBY GRANTED. The Town of Breckenridge is granted up to and including December 13, 2023 to file its response to Plaintiff's Complaint.

Dated this _____ day of _____, 2023.


BY THE COURT:


_____
REED W. OWENS
District Court Judge


**EXHIBIT I**