# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLORADO

Civil Action No.: 2023CV3171-NYW-NRN

COLORADO PROPERTY OWNERS FOR PROPERTY
RIGHTS, a Colorado Nonprofit Corporation
    Plaintiff,

v.

TOWN OF BRECKENRIDGE, COLORADO,
A Home Rule Municipal Corporation
    Defendant.

## ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFF

Ryan P. Horace of the law firm of Frascona, Joiner, Goodman and Greenstein, P.C., is in good standing under Colorado Attorney Registration Number 53091, and hereby enters his appearance on behalf of Plaintiff in the above litigation.

Dated: December 14, 2023.

                Respectfully submitted,

                */s/ Ryan Horace*
                Ryan P. Horace, #53091
                Frascona, Joiner, Goodman & Greenstein
                4750 Table Mesa Drive
                Boulder, CO 80305
                303-494-3000
                ryan@frascona.com
                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFF** document was provided to the persons herein next designated by E-service via PACER and/or email on December 14, 2023.

Josh A. Marks
Geoffrey C. Klingsporn
Berg, Hill, Greenleaf, Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
303-402-1600
jam@bhgrlaw.com
Geoffrey.klingsporn@bhgrlaw.com
*Attorneys for Defendant*

Frascona, Joiner, Goodman & Greenstein

*/s/ Alyssa Colwell*
Alyssa Colwell | Paralegal