**IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO**

Civil Action No.: 2023CV3171-NYW-NRN

COLORADO PROPERTY OWNERS FOR PROPERTY
RIGHTS, a Colorado Nonprofit Corporation
    Plaintiff,

v.

TOWN OF BRECKENRIDGE, COLORADO,
A Home Rule Municipal Corporation
    Defendant.

**ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFF**

Jordan C. May of the law firm of Frascona, Joiner, Goodman and Greenstein, P.C., is in good standing under Colorado Attorney Registration Number 38734, and hereby enters his appearance on behalf of Plaintiff in the above litigation.

Dated: December 14, 2023.

    Respectfully submitted,

    */s/ Jordan C. May*
    Jordan C. May, #38734
    Ryan P. Horace, #53091
    Frascona, Joiner, Goodman & Greenstein
    4750 Table Mesa Drive
    Boulder, CO 80305
    303-494-3000
    jordan@frascona.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFF** document was provided to the persons herein next designated by E-service via PACER and/or email on December 14, 2023.

Josh A. Marks
Geoffrey C. Klingsporn
Berg, Hill, Greenleaf, Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
303-402-1600
jam@bhgrlaw.com
Geoffrey.klingsporn@bhgrlaw.com
*Attorneys for Defendant*

                                          Frascona, Joiner, Goodman & Greenstein

                                          */s/ Alyssa Colwell*
                                          Alyssa Colwell | Paralegal