# IN THE UNITED STATES DISTRICT COURT
FOR THE
## DISTRICT OF COLORADO

Civil Action No.: 2023CV3171-NYW-NRN

COLORADO PROPERTY OWNERS FOR PROPERTY
RIGHTS, a Colorado Nonprofit Corporation
      Plaintiff,

v.

TOWN OF BRECKENRIDGE, COLORADO,
A Home Rule Municipal Corporation
      Defendant.

## ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFF

Timothy J. Knapp of the law firm of Knapp Associates, LLC., is in good standing under Colorado Attorney Registration Number 18867, and hereby enters his appearance on behalf of Plaintiff in the above litigation.

Dated: December 15, 2023.

Respectfully submitted,

*/s/  Timothy Knapp*
Timothy J. Knapp, Atty Reg. No. 18867
Knapp Associates, LLC
11747 W. 54th Pl.
Arvada, CO 80002
720-333-2222
tjknapp10@gmail.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFF** document was provided to the persons herein next designated by E-service via PACER and/or email on December 14, 2023.

Josh A. Marks
Geoffrey C. Klingsporn
Berg, Hill, Greenleaf, Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
303-402-1600
jam@bhgrlaw.com
Geoffrey.klingsporn@bhgrlaw.com
*Attorneys for Defendant*

*/s/* Timothy J. Knapp, Atty Reg. No. 18867
Knapp Associates, LLC
11747 W. 54th Pl.
Arvada, CO 80002
720-333-2222
tjknapp10@gmail.com
*Attorneys for Plaintiff*