IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

Civil Action No.: 2023CV3171-NYW-NRN

COLORADO PROPERTY OWNERS FOR PROPERTY
RIGHTS, a Colorado Nonprofit Corporation
    Plaintiffs

v.

TOWN OF BRECKENRIDGE, COLORADO,
A Home Rule Municipal Corporation
    Defendants.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Colorado Property Owner for Property Rights ("Plaintiff"), by and through its counsel, Frascona, Joiner, Goodman and Greenstein, P.C., hereby submits this Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss as follows:

1. Attorney for Plaintiff conferred with attorney for Defendant regarding the relief requested. Defendant is not opposed to the relief sought.

2. On December 13, 2023, Defendant had filed a Motion to Dismiss making January 3, 2024, the deadline to provide a response.

3. Due to the holiday season, Plaintiff is requesting a two-week extension to provide a response to the Motion to Dismiss, up to and including January 17, 2024.

4. This Motion is being made in good faith and not for purposes of delay.

5. No party will be prejudiced in granting this additional time requested as Defendant does not oppose the requested relief.

WHEREFORE, Plaintiff respectfully requests this Court grant this extension of time, up to and including January 17, 2024, to provide a response to the Motion to Dismiss, and for any other relief this Court deems just and proper.

Dated: January 2, 2024.

                Respectfully submitted,

                */s/ Ryan P. Horace*
                Jordan C. May, #38734
                Ryan P. Horace, #53091
                Frascona, Joiner, Goodman & Greenstein
                4750 Table Mesa Drive
                Boulder, CO 80305
                303-494-3000
                jordan@frascona.com
                ryan@frascona.com
                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was provided to the persons herein next designated by E-service via PACER and/or email on January 2, 2024.

Josh A. Marks
Geoffrey C. Klingsporn
Berg, Hill, Greenleaf, Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
303-402-1600
jam@bhgrlaw.com
Geoffrey.klingsporn@bhgrlaw.com
*Attorneys for Defendant*

                                        Frascona, Joiner, Goodman & Greenstein

                                        */s/ Alyssa Colwell*
                                        Alyssa Colwell | Paralegal