# IN THE UNITED STATES DISTRICT COURT
FOR THE
## DISTRICT OF COLORADO

Civil Action No.: <u>2023CV3171-NYW-NRN</u>

COLORADO PROPERTY OWNERS FOR PROPERTY
RIGHTS, a Colorado Nonprofit Corporation
      Plaintiffs

v.

TOWN OF BRECKENRIDGE, COLORADO,
A Home Rule Municipal Corporation
      Defendants.

---

**PROPOSED ORDER REGARDING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPONDN TO DEFENDANT'S MOTION TO DISMISS**

---

THIS MATTER now having come before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss ("Motion"), and the Court, being advised on the premises,

HEREBY ORDERS that Motion is Granted. The Plaintiff shall now have up to and including January 17, 2024 to respond to Defendant's Motion to Dismiss.

Dated: _____      BY THE COURT:

 

                                            _____

                                            Federal Court Judge