IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03171-NYW-NRN

COLORADO PROPERTY OWNERS FOR PROPERTY RIGHTS, a Colorado Nonprofit Corporation,

Plaintiff,

v.

TOWN OF BRECKENRIDGE, COLORADO, A Home Rule Municipal Corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Dkt. #16) is GRANTED. Plaintiff shall respond to Defendant's Motion to Dismiss on or before January 17, 2024.

Date: January 2, 2024