IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03171-NYW-NRN

COLORADO PROPERTY OWNERS FOR PROPERTY RIGHTS, a Colorado Nonprofit Corporation,

Plaintiff,

v.

TOWN OF BRECKENRIDGE, COLORADO, A Home Rule Municipal Corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the parties' Joint Motion to Stay Discovery and Vacate Scheduling Conference Pending Resolution of Motion to Dismiss (Dkt. #24) is GRANTED. The Court finds that a stay of discovery is appropriate under the factors outlined in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 02-cv-01934-LTB-PA, 2006 WL 894955, at *2 (D. Colo. March 30, 2006) (unpublished). Most importantly, the Court finds that the parties will not be prejudiced or burdened by a stay. Further, while the Court typically discourages stays, the Court acknowledges the efficiency and fairness of staying the proceedings as requested by the parties because there is a motion to dismiss pending which could fully dispose of the entire case. In addition, the Court finds that there are no interested non-parties and the public's only interest in this case is its interest in the just and efficient resolution of all cases pending before the Court.

Accordingly, it is further ORDERED that this case is STAYED until after Judge Wang issues a final ruling on Defendant's Motion to Dismiss (Dkt. #11) or until further Order of Court.

It is further ORDERED that the Scheduling Conference set for March 6, 2024 at 10:30 a.m. is VACATED.

Date: February 27, 2024