IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  23-cv-03171-NYW-NRN

COLORADO PROPERTY OWNERS FOR PROPERTY
RIGHTS, a Colorado Nonprofit Corporation,

    Plaintiff(s),

v.

TOWN OF BRECKENRIDGE, COLORADO,
A Home Rule Municipal Corporation.

    Defendant(s).

_____

## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY
_____

In this lawsuit, Plaintiff Colorado Property Owners for Property Rights asserts several Constitutional challenges to Breckenridge's ordinances regulating short-term rental properties. Breckenridge's motion to dismiss is fully briefed and pending before the Court. [Docs. ## 11, 21, 22.]

After briefing concluded, Judge Domenico issued his ruling in *Grigsby v. Estes Park, Colorado,* 23-cv-1349-DDD-SBP. There, as here, the plaintiff asserted equal protection, substantive due process, and dormant Commerce Clause challenges to a town's short-term rental regulations. Applying rational-basis review, Judge Domenico dismissed these claims. While not binding on this Court, Judge Domenico's analysis is submitted as persuasive authority. A copy of the order is attached as Exhibit 1.

Respectfully submitted this 28th day of February, 2024.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ Geoffrey C. Klingsporn*

Josh A. Marks
Geoffrey C. Klingsporn
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  jam@bhgrlaw.com
          geoff.klingsporn@bhgrlaw.com

*Attorneys for Defendant*
*Town of Breckenridge, Colorado*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 28th day of February, 2024, I electronically filed the foregoing **DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

| | |
|---|---|
| Ryan P. Horace | Timothy J. Knapp |
| Jordan C. May | Knapp & Associates, P.C. |
| Frascona Joiner Goodman | 11747 W. 54th Pl. |
|    & Greenstein PC | Arvada, CO 80002 |
| 4750 Table Mesa Drive | |
| Boulder, CO 80305 | |

*s/ Cheryl Stasiak*
_____
Cheryl Stasiak